UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JILL M. DILENO,<br><br>            Plaintiff,<br><br>vs.<br><br>VOLUNTARY BENEFITS PLUS, et al.<br><br>            Defendants. | CASE NO. 1:09-CV-1002<br><br>JUDGE CHRISTOPHER BOYKO<br><br>**ORDER** |

FOR GOOD CAUSE SHOWN, and in accordance with Federal Rule of Civil Procedure 54(b), defendants ESP Management Services Agency, Inc. (d/b/a Employers Select Plan) ("ESP") and Benefits Resource Group Agency, LLC (d/b/a Benefits Resource Group), ("BRG") are hereby dismissed with prejudice from the above-captioned lawsuit.  This Court expressly determines that there is no just reason for delay.

Plaintiff's claims against defendant Voluntary Benefits Plus are not affected by this Order and remain pending.

IT IS SO ORDERED.

s/Christopher A. Boyko          July 27, 2009
Judge Christopher A. Boyko        Date