IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JILL M. DILENO | ) | CASE NO. 1:09-CV-01002 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| VOLUNTARY BENEFITS PLUS, LLC et al. | ) ) ) | |
| Defendants. | | |

The Court being advised by the parties that all disputes and issues between the Plaintiff and Voluntary Benefits Plus, LLC have been fully resolved and settled.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Complaint and each and every claim in the above-captioned lawsuit are hereby dismissed with prejudice.

IT IS SO ORDERED.

s/Christopher A. Boyko
JUDGE CHRISTOPHER A. BOYKO

Date: September 28, 2009